DOWNEY BRAND LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STANLEY T. KANEKO; and Does 1-10,<br><br>    Defendant. | Case No. 2:17-cv-01562-JAM-CKD<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: August 23, 2017<br>Current Response Date: October 23, 2017<br>New Response Date: November 7, 2017<br><br>Trial Date:    N/A<br>District Judge:    John A. Mendez |

Upon considering the parties' Stipulation and Request to Extend time to file a response to Initial Complaint:

IT IS HEREBY ORDERED THAT the deadline for Defendant STANLEY T. KANEKO to file a response to the Initial Complaint shall be extended to November 7, 2017.

DATED: 10/31/2017

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

1499017.1

1

[PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT