# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br>     Plaintiff, <br> v. <br> STANLEY T. KANEKO; and Does 1-10, <br>     Defendants. | Case: 2:17-CV-01562-JAM-CKD <br><br> **ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 3/27/2019  /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE